ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PINGHUI WU, | CASE NO. 2:25-CV-3180 DAD-JDP |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

Defendants respectfully request a first extension of time in which to respond to the Complaint, and Plaintiff does not oppose.[1]

In this case, pro se Plaintiff, Pinghui Wu, alleges the United States Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal, which he alleges was filed in 2016. Plaintiff alleges that USCIS conducted his asylum interview in July 2023, and to date has not rendered a decision on his asylum application.

USCIS's asylum office has represented to undersigned counsel for defendants that it is continuing to work on the adjucation of Plaintiff's asylum application but requires additional time to

---

[1] Undersigned counsel for Defendants called the phone number listed on the complaint and spoke to an individual who represented himself to be Plaintiff's son. Undersigned counsel obtained Plaintiff's email address and conferred with Plaintiff via email.

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME

work towards completing its adjudication, including to conduct vetting and background checks.[2] Accordingly, Defendants request a 90-day extension of time to respond to the complaint.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 6, 2026. The parties further request that all other filing deadlines and any initial status conference be similarly extended.

Dated: January 5, 2026                          ERIC GRANT
                                                United States Attorney


                                          By:   */s/ Shelley D. Weger*
                                                SHELLEY D. WEGER
                                                Assistant United States Attorney


Dated: January 5, 2026                          /s/ PINGHUI WU
                                                Plaintiff Pro Per

**[PROPOSED] ORDER**

IT IS SO ORDERED.


Dated:   January 6, 2026                        _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

---

[2] On December 2, 2025, USCIS issued Policy Memorandum 602-0192, which placed a hold on all asylum decisions "pending a comprehensive review" of all policies, procedures, and guidance in order to protect and preserve national security. *See* PM 602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. More information regarding implementation of this policy will be provided to the public as it becomes available. However, regardless of the policy, USCIS requires additional time to complete its adjudication of Plaintiff's asylum application.