ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2762
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PINGHUI WU,

                                    Plaintiff,

                    v.

USCIS, ET AL.,

                                    Defendants.

CASE NO.  2:25-CV-3180 DAD-JDP

STIPULATION AND [PROPOSED] ORDER FOR THIRD EXTENSION OF TIME

Defendants respectfully request a third extension of time in which to respond to the Complaint, and Plaintiff does not oppose an extension for a period of sixty-days.[1]

In this case, pro se Plaintiff, Pinghui Wu, alleges the United States Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal, which he alleges was filed in 2016. Plaintiff alleges that USCIS conducted his asylum interview in July 2023, and to date has not rendered a decision on his asylum application.

On April 7, 2026, this Court granted a 30-day extension of the deadline for Defendants' response to Plaintiff's complaint through and including May 6, 2026 pursuant to a joint stipulation by the parties.

---

[1] The undersigned counsel for Defendants conferred by email with pro se Plaintiff Pinghui Wu on May 4 – 5, 2026 at the email address provided by Plaintiff Wu - hx8907@gmail.com. – and Plaintiff Wu agreed to a sixty-day extension.

STIPULATION AND [PROPOSED] ORDER FOR THIRD
EXTENSION OF TIME                                                                                          1

ECF No. 10. USCIS has not completed adjucation of Plaintiff's asylum application as of the date of this filing. USCIS counsel has advised that despite efforts to work through adjudication of the pending backlog of cases[2]  more time is needed to adjudicate Plaintiff's application. Given this status, counsel for Defendants conferred by email with pro se Plaintiff Pinghui Wu ("Plaintiff Wu") on May 4, 2026 and asked if Plaintiff Wu would extend the current stay for a period of sixty day and Plaintiff Wu agreed to this sixty-day extension. Should more time be needed,[3] counsel for Defendant will will further confer with Plaintiff Wu and will report to the Court.

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 5, 2026.  The parties further request that all other filing deadlines and any initial status conference be similarly extended.

Dated:  May 6, 2026

ERIC GRANT
United States Attorney

By:    */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated:  May 5, 2026

*/s/ Pinghui Wu (as authorized on May 5, 2026)*
PINGHUI WU
Plaintiff Pro Per

---

[2] The stipulation supporting this Court's January 6, 2026 Order noted USCIS's December 2, 2025 Policy Memorandum 602-0192, which placed a hold on all asylum decisions "pending a comprehensive review" of all policies, procedures, and guidance in order to protect and preserve national security. *See* . Stipulation and [Proposed] Order for First Extension of Time, ECF 6 at FN 2.

[3] USCIS issued an alert on March 30, 2026, lifting its hold on "asylum applications from non high-risk countries." *See* Update on USCIS' Strengthened Screening and Vetting, available at at at https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last visited April 6, 2026). To implement the lift, USCIS must make case management system updates which will take some time to complete. USCIS is also facing a backlog of adjudications given that the subject hold had been in effect since December 2, 2025.

STIPULATION AND [PROPOSED] ORDER FOR THIRD EXTENSION OF TIME

2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   May 8, 2026  _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE